April 3, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

SEARS ROEBUCK & CO., Appellant

NO. 14-11-00363-CV                     V.

ACM ENGINEERING & ENVIRONMENTAL SERVICES, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, ACM Engineering & Environmental Services, signed March 28, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Sears Rosebuck & Co., jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.